**FILED**

AUG 1 4 2012

Clerk, U S. District & Ban⠀⠀
Courts for the District of C⠀⠀⠀

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JAMES R. NIBLOCK,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　)　　　Civil Action No. 12-902
　　　　　　　　　　　　　　　　　　)
FEDERAL BUREAU OF PRISONS,　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　)

**MEMORANDUM OPINION**

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). To date, the plaintiff has not submitted the required financial information. Accordingly, the Court will dismiss the complaint and this action. An Order accompanies this Memorandum Opinion.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE: 8/11/12